# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| BRIAN SCOTT HART, ET AL. | * | CIVIL ACTION NO. 08-1352 |
| VERSUS | * | JUDGE JAMES |
| GOODYEAR TIRE & RUBBER CO. | * | MAGISTRATE JUDGE HAYES |

## MEMORANDUM RULING

Before the court is plaintiffs' motion to remand [doc. # 13].

On September 15, 2008, defendant, Goodyear Tire & Rubber Co., removed the above-captioned case to federal court on the basis of diversity jurisdiction. 28 U.S.C. § 1332. On October 9, 2008, plaintiffs filed the instant motion to remand the matter to state court on the basis that the amount in controversy does not exceed the requisite minimum for the exercise of federal diversity jurisdiction. In support of their motion, plaintiffs signed an affidavit stipulating that their requested damages do not exceed $75,000. (Pl. M/Remand, Affidavit).[1] As a result, defendant does not oppose remand. (*See*, Def. Notice, [doc. # 18]).

Upon agreement of the parties, and in light of plaintiffs' binding stipulation, the court finds that it is legally certain that at all relevant times, the amount in controversy did/does not exceed the requisite jurisdictional minimum. *DeAguilar v. Boeing Co.*, 47 F.3d 1404 (5th Cir. 1995). Accordingly, subject matter jurisdiction is lacking and remand is required. 28 U.S.C. § 1447(c).

---

[1] The parties separately stipulated that plaintiffs' combined claims do not exceed $75,000. (Def. Notice, Exh. A [doc. # 18-2]).

The motion to remand [doc. # 13] filed by plaintiffs, Brian Scott Hart and Daniel M. Williams, is hereby **GRANTED**; the case shall be **REMANDED** forthwith to the Third Judicial District Court for the Parish of Union, State of Louisiana.

THUS DONE AND SIGNED this 7th day of November, 2008, in Monroe, Louisiana.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE